United States Bankruptcy Court
District of Maryland

In re: Robert William Cook, Jr.
Debtor

Case No. 26-22162-MCR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 1
Date Rcvd: Nov 02, 2026 | Form ID: ntcddl | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert William Cook, Jr., 17905 Laurel Run Rd. SW, Barton, MD 21521-2055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |

TOTAL: 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **26–22162 – MCR** Chapter: **13**

**Robert William Cook Jr.**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.**<br><br>**Schedules A/B–J due 11/16/2026**<br>**Ch 13 Plan & Cert of Service due 11/16/2026**<br>**Declaration for Schedules due 11/16/2026**<br>**Ch 13 Income Form 122C–1 due 11/16/2026**<br>**Stmt. of Fin. Affairs due 11/16/2026**<br>**Summary of Assets and Liab. due 11/16/2026** |
| CONSEQUENCE: | **If the problem is not cured by the date below,**<br>**YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007**<br>**Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by 11/16/26.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 11/2/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joseph Chandler
410–962–4425

cc: Debtor
Attorney for Debtor – Daniel M. Press

Form ntcddl (03/05)