**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO. 26-22162** |
| **ROBERT WILLIAM COOK, JR** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 17905 LAUREL RUN RD SW, BARTON, MD 21521 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******5041**

NOW COMES Freedom Mortgage Corporation, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr., Winston-Salem, NC 27103
MDBKR@brockandscott.com

Freedom Mortgage Corporation
11988 Exit 5 Pkwy
Bldg 4
Fishers, Indiana 46037

Please take notice that the undersigned hereby appears as counsel for Freedom Mortgage Corporation pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the

Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack

Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Kimberly A. Wilson, MD Fed Dist. No. 32146
Brandon Perloff, MD Fed Dist. No. 32148
Mario Hanyon, MD Fed Dist. No. 32163
Mary F. Balthasar, MD Fed Dist. No. 32211
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2026, the following persons were served a copy of the Notice of Appearance in the manner described below:

Via CM/ECF electronic notice:

Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502
*Counsel for Debtor*

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*

Via First Class Mail:

ROBERT WILLIAM COOK, JR
17905 LAUREL RUN RD. SW
BARTON, MD 21521
*Debtor*

/s/ Andrew Spivack

Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Kimberly A. Wilson, MD Fed Dist. No. 32146
Brandon Perloff, MD Fed Dist. No. 32148
Mario Hanyon, MD Fed Dist. No. 32163
Mary F. Balthasar, MD Fed Dist. No. 32211
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com