**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| **In re:** | **Chapter 13** |
| Robert William Cook, Jr. | **Case No.** 26-22162 |
| **Debtor.** | |

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND PLAN

PLEASE TAKE NOTICE that the Debtor is moving to extend his time to file his Schedules, Statements and Plan. Any interested party objecting to the Motion must file a written objection with the Clerk of the United States Bankruptcy Court for the District of Maryland within fourteen (14) days from the date of this notice, setting forth in detail the basis of said objection with a copy being sent to the undersigned. If an objection is filed, the Court may schedule a hearing on the objection. The Court may also rule upon the motion without a hearing based upon the pleadings filed. If no objections are filed, the Court may grant the requested relief without further notification. Anyone desiring any further information may communicate with the undersigned.

NOW COMES Robert William Cook, Jr., debtor (the "Debtor"), through counsel, and respectfully moves for an extension of time until November 30, 2026, to file his Schedules, Statements and Plan. In support hereof, Debtor states as follows:

1. This Chapter 13 case was filed on November 1, 2026, in order to stop a foreclosure sale. Debtor's Schedules and Plan are due on November 16, 2026.

2. Debtor and his counsel have been working on gathering the required information and preparing the schedules and plan, but require additional time to complete them. As such, it has not been possible to complete the schedules in the 14 days allowed since filing.

3. The § 341 meeting is scheduled for December 10, 2026, so a two-week extension to November 30 would provide the information to the Trustee and interested creditors 10 days in

advance of the meeting, which should be a sufficient time to prepare.

4. Debtor's first plan payment would be due (without extension) on December 1, 30 days after filing, so the requested extension will not delay the commencement of payments under the plan.

WHEREFORE, Debtor respectfully requests an extension of time until November 30, 2026, to file his Schedules, Statements and Chapter 13 Plan.

Dated: November 16, 2026.

Respectfully submitted,

__/s/ Daniel M. Press________

Daniel M. Press, Bar #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 16th day of November, 2026, I caused the foregoing Motion to be served on all creditors and parties in interest, as set forth on the attached matrix, by first class mail, postage prepaid, and upon the following by CM/ECF:

Timothy P. Branigan cmecf@chapter13maryland.com

Andrew Leonard Spivack andrew.spivack@brockandscott.com, wbecf@brockandscott.com

_/s/ Daniel M. Press______________
Daniel M. Press

Label Matrix for local noticing
0416-0
Case 26-22162
District of Maryland
Greenbelt
Mon Nov 16 12:27:36 EST 2026

Freedom Mortgage Corporation
11988 Exit 5 Pkwy
Bldg 4
Fishers, IN 46037-8022

Alleg. Co. Child Support
1 Frederick St
Cumberland, MD 21502-2394

Allegany County Tax & Utility Office
701 Kelly Rd Ste 201
Cumberland, MD 21502-2887

Brock & Scott, PLLC
5431 Oleander Drive
Wilmington, NC 28403-5847

Capital One
1680 Capital One Dr
McLean, VA 22102-3407

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Culligan Water
273 Culligan Rd
Friedens, PA 15541-7531

Freedom Mortgage Corp.
20 Lake Center Dr
Marlton, NJ 08053-3424

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Maryland Central Collection Unit
300 West Preston St
Baltimore, MD 21201-2307

Midland Credit Management Inc.
PO Box 2037
Warren, MI 48090-2037

Potomac Edison
10802 Bower Ave,
Williamsport, MD 21795-3016

State of MD
c/o Allegany County State's Attorne
59 Prospect Square # 111
Cumberland, MD 21502-2949

The Judgment Group
PO BOX 191
Stevensville, MD 21666-0191

Wepco FCU
12511 Winchester Road
LaVale, MD 21502-6550

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

Robert William Cook Jr.
17905 Laurel Run Rd. SW
Barton, MD 21521-2055

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046-3002

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

End of Label Matrix
Mailable recipients 20
Bypassed recipients 0
Total 20