Entered: November 19th, 2026

Signed: November 18th, 2026

**SO ORDERED**

Debtor shall file all required documents as set forth below by November 30, 2026.

UNITED STATES BANKRUPTCY COURT ★ DISTRICT OF MARYLAND ★

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

---

In re: Case No.: **26−22162 − MCR** Chapter: **13**

**Robert William Cook Jr.**
Debtor

---

## NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, AND/OR CHAPTER 13 PLAN, STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME (for individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs, Schedules, and Chapter 13 Plan, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor shall (1) certify service on all creditors of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the above documents; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc: Debtor
Attorney for Debtor − Daniel M. Press
Case Trustee − Timothy P. Branigan

**End of Order**

22x03 (rev. 03/28/2016) − JosephChandler